# EXHIBIT A

Rodney L. Umberger, WSBA No. 24948
Eddy M. Silverman, WSBA No. 53494
WILLIAMS, KASTNER & GIBBS PLLC
Two Union Square
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Phone: 206.628.6600
Fax: 206.628.6611
Email: rumberger@williamskastner.com
Email: esilverman@williamskastner.com
Attorneys for Walmart Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SEATTLE

| COLBY THOMASON, | NO. |
|---|---|
| Plaintiff, | (SPOKANE COUNTY SUPERIOR COURT CAUSE NO. 20-202349-32) |
| v. | |
| WALMART INC.; a Multinational Retail Corporation, | DECLARATION OF EDDY SILVERMAN, ESQ., IN SUPPORT OF WALMART INC.'S NOTICE OF REMOVAL |
| Defendant. | |

I, Eddy Silverman, Esq., hereby declare and say:

1. That I am an attorney of the law firm of WILLIAMS, KASTNER & GIBBS PLLC, and I am licensed to practice law in this Court.

2. I am over the age of eighteen and a U.S. citizen. I have personal knowledge of the facts referred to in this Declaration and could competently testify to these facts if called upon to do so in a court of law.

DECLARATION OF EDDY SILVERMAN, ESQ., IN SUPPORT OF WALMART INC.'S NOTICE OF REMOVAL - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7303084.1

3. Along with Rodney L. Umberger, I represent WALMART INC. ("Walmart") in the above captioned lawsuit, and I am making this Declaration in support of Walmart's Notice of Removal to this Court.

4. This declaration is identifiable as **Exhibit A** to Walmart's Notice of Removal.

5. Attached hereto as **Exhibit B** is a true and complete copy of the operative Complaint filed in state court in this matter.

6. Attached hereto as **Exhibit C** is a true and complete copy of Plaintiff's Response to Walmart's RCW 4.28.360 Request for Statement of Damages.

7. Attached hereto as **Exhibit D**, in accordance with LCR 101(c), are true and complete copies of all additional records and proceedings filed in the underlying action.

I declare under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

DATED this 29th day of December, 2020.

DECLARATION OF EDDY SILVERMAN, ESQ., IN SUPPORT OF WALMART INC.'S NOTICE OF REMOVAL - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7303084.1

WILLIAMS, KASTNER & GIBBS PLLC

By *s/Eddy Silverman*
Eddy Silverman, WSBA No. 53494

***Counsel for Defendant Walmart Inc.***

DECLARATION OF EDDY SILVERMAN, ESQ., IN SUPPORT OF WALMART INC.'S NOTICE OF REMOVAL - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7303084.1