# EXHIBIT B

FILED
AUG 27 2020
Timothy W. Fitzgerald
SPOKANE COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE WASHINGTON

IN AND FOR THE COUNTY OF SPOKANE

COLBY THOMASON,

Plaintiff,

vs.

WALMART INC.; a Multinational Retail Corporation,

Defendant.

NO. 20202349-32

COMPLAINT FOR DAMAGES

Comes now the above-named Plaintiff COLBY THOMASON, by and through his attorneys of record, Roger J. Ermola, II and Craig Swapp & Associates, PLLC, and for causes of action against the above-named defendant, complains and alleges as follows:

## I. PARTIES, JURISDICTION AND VENUE

1.1   At all times relevant hereto Plaintiff COLBY THOMASON was a resident of Spokane County, Washington.

1.2   Based upon information and belief after reasonable inquiry, it is alleged that, at all times relevant and material, defendant WALMART INC. was a multinational retail corporation doing business in Spokane County, Washington

1.3   All acts complained of herein occurred in Spokane County, Washington.

Complaint For Damages -1-

CRAIG SWAPP & ASSOCIATES
Attorneys at Law
16201 East Indiana Avenue, Suite 1900
Spokane Valley, WA 99216
(509) 252-5037

1      1.4    Jurisdiction and venue are properly found in Spokane County Superior Court,
2  pursuant to RCW 4.12.020 and RCW 4.12.025.

## II. FACTS

4      2.1    On or about June 15, 2019, plaintiff COLBY THOMASON was shopping at
5  Walmart Supercenter Facility #2549 located at 2675 E. Lincoln Avenue, Sunnyside, WA
6  98944.

7      2.2    On the date and location referenced above, Walmart Supercenter Facility
8  #2549 was owned and operated by defendant WALMART INC.

9      2.3    On the date and location referenced above, plaintiff COLBY THOMASON
10 was lifting ice he had purchased from a wooden pallet when an employee caused the pallet to
11 drop on his foot.

12     2.4    On the date and location referenced above, as a result of the pallet dropping on
13 plaintiff COLBY THOMASON's foot, plaintiff COLBY THOMASON sustained traumatic
14 injuries.

## III. DUTY, BREACH AND PROXIMATE CAUSE

16     3.1    At the time and location of the incident complained of herein, defendant,
17 WALMART INC, through its employee by common law, statute, regulation and/or ordinance,
18 owed duties of care in the operation of the pallet jack involved in the incident.

19     3.2    At the time and location of the incident complained of herein, defendant,
20 WALMART INC. through common law, statute, regulation and/or ordinance, owed duties of
21 including, but not limited to:

22     3.2(a)  a duty to exercise ordinary care for the safety of its patrons,

Complaint For Damages -2-

CRAIG SWAPP & ASSOCIATES
Attorneys at Law
16201 East Indiana Avenue, Suite 1900
Spokane Valley, WA 99216
(509) 252-5037

3.2(b)  a duty to exercise ordinary care for the operation of machinery,

3.2(c)  a duty to take curative action when it has actual knowledge of a hazardous condition,

3.2(c)  a duty to take curative action when it has constructive knowledge of a hazardous condition,

3.2(d)  a duty to inspect for hazardous conditions,

3.2(e)  a duty to have procedures that would reasonably prevent hazardous conditions on the premises,

3.2(f)  a duty to have procedures for the operation of hazardous machinery on the premises,

3.2(g)  a duty to warn patrons of hazardous conditions,

3.2(h)  a duty to exercise ordinary care with respect to the ownership, management, supervision, and/or maintenance of its machinery.

3.3    The duties listed in paragraphs 3.1 through 3.2(h) are for the safety and benefit of persons on the premise, including plaintiff, COLBY THOMASON.

3.2    Defendant, WALMART INC., breached its duties as set forth above.

3.3    At the time of the incident complained of herein, plaintiff acted reasonably and exercised ordinary care. Accordingly, plaintiff was not comparatively "at fault" for the incident, or for injuries and damages that resulted therefrom.

3.4    Defendant, WALMART INC., is the only "at fault" person or entity, as that term is defined in RCW 4.22.015, for the incident of June 15, 2019.

Complaint For Damages -3-

CRAIG SWAPP & ASSOCIATES
Attorneys at Law
16201 East Indiana Avenue, Suite 1900
Spokane Valley, WA 99216
(509) 252-5037

3.5   There are no non-party "at fault" persons or entities who are in any way a percentage "at fault" for the incident of June 15, 2019.

3.6   Therefore, defendant, WALMART INC., is 100% liable for plaintiff's injuries and damages that resulted therefrom.

## IV. DAMAGES

4.1   As a direct and proximate cause of defendant, WALMART INC.'s negligence, plaintiff has suffered, and will continue to suffer, economic and non-economic damages.

4.2   Plaintiff's injuries and damages are progressive and ongoing.

WHEREFORE, plaintiff prays for judgment to be entered against the defendant herein, to justly compensate plaintiff for economic and non-economic damages, together with costs, pre-judgment interest, reasonable attorney fees, and for such other and further relief as the Court deems just and proper.

DATED this 21st day of August 2020.

CRAIG SWAPP & ASSOCIATES

By: _____
ROGER J. ERMOLA, II, WSBA# 46228
Attorneys for Plaintiff

Complaint For Damages -4-