FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 14, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COLBY THOMASON,<br><br>             Plaintiff,<br><br>    v.<br><br>WALMART INC., a multinational retail corporation,<br><br>             Defendant. | No.  2:20-cv-00480-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation,

**IT IS HEREBY ORDERED**:

    1.    The parties' proposed Stipulated Protective Order, **ECF No. 16**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

//

//

//

//

//

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1

//

//

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED this 14th day of October 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge