FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COLBY THOMASON,<br><br>               Plaintiff,<br><br>v.<br><br>WALMART INC.; a Multinational Retail Corporation,<br><br>               Defendant. | No.  2:20-cv-00480-SMJ<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulation and Order of Dismissal, ECF No. 43, requesting the Court dismiss with prejudice all claims in this matter. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

    **1.**    The parties' Stipulation and Order of Dismissal, **ECF No. 43**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

//

**5.**    The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of June 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge